**NOT FOR PUBLICATION**

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| IOBIDZE NATELA,<br><br>            Plaintiff,<br><br>v.<br><br>SELIP & STYLIANOU, LLP,<br><br>            Defendant. | Civil Action No.: 2:18-cv-01992<br><br>**ORDER** |

**CECCHI, District Judge.**

WHEREAS on February 12, 2018, Plaintiff Iobidze Natela ("Plaintiff") filed a complaint with this Court. (ECF No. 1); and

WHEREAS on March 19, 2018, Plaintiff filed a consent motion to change venue to the Eastern District of New York. (ECF No. 3); and

WHEREAS "[f]or the convenience of parties and witnesses, in the interest of justice, a district court may transfer any civil action to any other district or division where it might have been brought or to any district or division to which all parties have consented." 28 U.S.C. § 1404(a); and

WHEREAS all of the parties reside in New York, and have consented to transfer of this civil action to the Eastern District of New York. (ECF No. 3 at 1).

Accordingly, IT IS on this 20th day of March, 2018, in the interests of justice and for good cause shown:

**ORDERED** that this case is hereby **TRANSFERRED** to the Eastern District of New York; and it is further

**ORDERED** that the Clerk of Court shall close the file.

_____
CLAIRE C. CECCHI, U.S.D.J.